SKIRVIN v. FIRST NAT. BANK OF NORMAN, OKL., et al. (Circuit Court of Appeals, Eighth Circuit. January 26, 1917.) No. 4690. Appeal from the District Court of the United States for the Western District of Oklahoma. McAdams & Haskell, of Oklahoma City, Okl., for appellant. Stuart, Cruce & Cruce, Ledbetter, Stuart & Bell, and H. A. King, all of Oklahoma City, Okl., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.

---

SOUTHERN RY. CO. v. SMITH. (Circuit Court of Appeals, Sixth Circuit. May 11, 1917.) No. 3056. In Error to the District Court of the United States for the Eastern District of Tennessee; Edward T. Sanford, Judge. L. D. Smith, of Knoxville, Tenn., for plaintiff in error. Pickle, Turner, Kennerly & Cate, of Knoxville, Tenn., for defendant in error. Dismissed pursuant to stipulation.

---

STROUD v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 19, 1916.) No. 4748. In Error to the District Court of the United States for the District of Kansas. L. C. Boyle, I. B. Kimbrell, and M. J. O'Donnell, all of Kansas City, Mo., for plaintiff in error. Fred Robertson, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Judgment reversed, without costs to either party in this court, and cause remanded, with directions to grant a new trial, on motion of plaintiff in error and statement of United States attorney for Kansas.

---

STUDEBAKER CORP. v. SANITARY STREET FLUSHING MACH. CO. (Circuit Court of Appeals, Eighth Circuit. September 4, 1916.) No. 4590. Appeal from the District Court of the United States for the Eastern District of Missouri. Duell, Warfield & Duell, of New York City, and W. B. & Ford W. Thompson, of St. Louis, Mo., for appellant. Clifton V. Edwards, of New York City, for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

TERMINAL R. R. ASS'N OF ST. LOUIS v. KIDWELL. (Circuit Court of Appeals, Eighth Circuit. July 5, 1917.) No. 4980. In Error to the District Court of the United States for the Eastern District of Missouri. T. M. Pierce, and J. L. Howell, both of St. Louis, Mo., for plaintiff in error. S. Thorne Able, of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation of parties; taxation of attorney's fee for defendant in error waived, etc.

---

TOMKINS CATTLE CO. v. SAN LUIS VALLEY LAND & MINING CO. (Circuit Court of Appeals, Eighth Circuit. September 4, 1916.) No. 4727. In Error to the District Court of the United States for the District of Colorado. John R. Smith and F. E. Gregg, both of Denver, Colo., for plaintiff in error. Charles W. Waterman and Caldwell Martin, both of Denver, Colo., for defendant in error.

PER CURIAM. Judgment of District Court affirmed, at costs of plaintiff in error, per stipulation of parties.